# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| LISA VAUGHN, | CIVIL ACTION 1:22-CV-03559 |
| VERSUS | DISTRICT JUDGE WALTER |
| STATE FARM FIRE & CASUALTY COMPANY, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS ORDERED AND SIGNED** in Shreveport, Louisiana, this 12th day of September, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE